**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 6 MM 2024
:
Respondent :
:
:
:
v. :
:
:
:
SEAN A. ASHELMAN, :
:
Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.